**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**JIM HOOD, ATTORNEY GENERAL**
**OF THE STATE OF MISSISSIPPI, *ex rel.***
**THE STATE OF MISSISSIPPI**                                            **PLAINTIFF**


         **versus**                                 **Civil Action No.:   1:13cv158LG-JMR**

**BP EXPLORATION & PRODUCTION INC.,**
**BP AMERICA PRODUCTION COMPANY, INC.,**
**BP P.L.C., TRANSOCEAN LTD.,**
**TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,**
**TRANSOCEAN DEEPWATER, INC., TRANSOCEAN HOLDINGS, LLC,**
**TRITON ASSET LEASING GmbH, HALLIBURTON ENERGY SERVICES, INC.,**
**SPERRY DRILLING SERVICES,**
**ANADARKO PETROLEUM CORPORATION CO.,**
**AND ANADARKO E&P COMPANY LP**                              **DEFENDANTS**

---

**NOTICE OF APPEARANCE**

---

        **COMES NOW**, William M. Quin, II, Esq., with the law firm of McCraney Montagnet Quin

& Noble, PLLC, and hereby notices his appearance as counsel for the Plaintiff in this action.   For

purposes of service, the business address and contact information is:

        McCraney Montagnet Quin & Noble, PLLC
        602 Steed Road, Suite 200
        Ridgeland, Mississippi 39157
        Telephone:     (601) 707-5725
        Facsimile:      (601) 510-2939
        wquin@mmqnlaw.com

        **RESPECTFULLY SUBMITTED**, this the 22nd day of April, 2013.

                              By:    /s/ *William M. Quin II*
                                      William M. Quin II

                                      *Attorney for the Plaintiff*


<u>**OF COUNSEL**</u>:

**MCCRANEY MONTAGNET QUIN & NOBLE, PLLC**
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
Telephone:     (601) 707.5725
Facsimile:      (601) 510.2939

## CERTIFICATE OF SERVICE

I, William M. Quin II, hereby certify that I have this day filed with the Clerk of Court using the

CM/ECF system the above and foregoing.

This the 22nd day of April 2013.

/s/ *William M. Quin II*
William M. Quin II

*Attorney for the Plaintiff*