IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JIM HOOD, ATTORNEY GENERAL
OF THE STATE OF MISSISSIPPI, *ex rel.*
THE STATE OF MISSISSIPPI  PLAINTIFF

VS.  Civil Action No.: 1:13cv158LG-JMR

BP EXPLORATION & PRODUCTION INC.,
BP AMERICA PRODUCTION COMPANY, INC.,
BP P.L.C., TRANSOCEAN LTD.,
TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,
TRANSOCEAN DEEPWATER, INC., TRANSOCEAN
HOLDINGS, LLC, TRITON ASSET LEASING GmbH,
HALLIBURTON ENERGY SERVICES, INC., SPERRY DRILLING
SERVICES, ANADARKO PETROLEUM CORPORATION CO.,
AND ANADARKO E&P COMPANY LP  DEFENDANTS

## ENTRY OF APPEARANCE

The Clerk for the United States District Court for the Southern District of Mississippi will please enter the appearance of the undersigned as co-counsel for Jim Hood, Attorney General of the State of Mississippi, ex rel. the State of Mississippi in the above-referenced cause of action.

Respectfully submitted, this the 23rd day of April, 2013.

        Respectfully submitted,

        MIKE MOORE LAW FIRM, LLC

BY:  */s/ Michael C. Moore*
      Michael C. Moore, MB#3452
      10 Canebrake Blvd., Suite 150
      P. O. Box 321048
      Flowood, MS 39232
      Telephone: (601) 933-0070
      Facsimile: (601) 933-0071

*/s/David Lee Martin*
David Lee Martin, MB#9982
10 Canebrake Blvd., Suite 150
P. O. Box 321048
Flowood, MS 39232
Telephone: (601) 933-0070
Facsimile: (601) 933-0071

*/s/Jonathan Blair Compretta*
Jonathan Blair Compretta, MB#99548
10 Canebrake Blvd., Suite 150
P. O. Box 321048
Flowood, MS 39232
Telephone: (601) 933-0070
Facsimile: (601) 933-0071

# CERTIFICATE OF SERVICE

We, Michael C. Moore, Lee Martin, and Jonathan Compretta do hereby certify that we have electronically filed the foregoing Entry of Appearance on Behalf of Jim Hood, Attorney General of the State of Mississippi, ex rel. The State of Mississippi with the Clerk of the Court using the ECF system, which sent notification for such filing to the Office of the United States Attorney for the Southern District of Mississippi.

This, the 23rd day of April, 2013.

/s/*Michael C. Moore*
Michael C. Moore

/s/*David Lee Martin*
David Lee Martin

/s/*Jonathan Blair Compretta*
Jonathan Blair Compretta